.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G JONATHAN BOWLER, et al.,

       Plaintiffs,                  No. CIV 2:10-cv-2244-GEB-JFM (PS)

  vs.

GREENTREE SERVICING, LLC, et al.,

       Defendants.             <u>ORDER</u>

        /

       On September 10, 2010, defendants filed a motion to dismiss for failure to state a claim. On October 4, 2010, plaintiff filed a motion for continuance. On October 8, 2010, plaintiff filed a motion for leave to amend the complaint, which moots defendants' motion to dismiss. Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants' motion to dismiss is denied as moot;

       2. Plaintiff's motion for continuance is denied;

       3. The hearing on defendants' motion to dismiss scheduled for November 18, 2010 is vacated;

       4. Plaintiff's motion for leave to amend is granted; and

       5. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure,

and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in an order dismissing this case.

DATED: October 18, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;bowl2244.mtd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G JONATHAN BOWLER, et al.,

    Plaintiffs,               No. CIV 2:10-cv-2244-GEB-JFM (PS)

vs.

GREENTREE SERVICING, LLC, et al.,

    Defendants.             NOTICE OF AMENDMENT
_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____      Amended Complaint

DATED:

                                                     _____
                                                     Plaintiff