IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G JONATHAN BOWLER, et al.,

    Plaintiffs,               No. CIV 2:10-cv-2244-GEB-JFM (PS)

  vs.

GREEN TREE SERVICING, LLC, et al.,

    Defendants.             ORDER
_____/

        This matter was closed on March 1, 2011 after the undersigned adopted Magistrate Judge John F. Moulds's January 28, 2011 findings and recommendations recommending that plaintiff's motion for partial judgment be denied and defendants' motion to dismiss be granted.

        On March 4, 2011, plaintiffs filed a motion to set aside judgment pursuant to Federal Rule of Civil Procedure 60(b). Under this rule, a party may obtain relief from judgment or an order due to clerical mistakes or because of mistake, inadvertence, excusable neglect, fraud or newly discovered evidence. Motions to reconsider are generally left to the discretion of the trial court. See Combs v. Nick Garin Trucking, 825 F.2d 437, 441 (D.C. Cir. 1987). In order to succeed on a motion to reconsider, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision. See Kern–Tulare Water Dist. v. City of

1

1  <u>Bakersfield</u>, 634 F. Supp. 656, 665 (E.D. Cal .1986), aff'd in part and rev'd in part on other
2  grounds 828 F.2d 514 (9th Cir. 1987).
3        In their moving papers, plaintiffs assert that relief is warranted because there has
4  been a clerical error.  Plaintiffs, however, do not identify the clerical error warranting relief.
5        Accordingly, IT IS HEREBY ORDERED that plaintiffs' March 4, 2011 motion to
6  set aside judgment is denied.

Dated:  July 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge